■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY EVANS, Also Known as LARRY EVANS, Appellant. [632 NYS2d 1022] —Judgment unanimously affirmed. Memorandum: The prosecutor's statements on summation did not constitute improper vouching for the credibility of the police witnesses, but were made "in fair response to statements made by the defense [citation omitted]" *(People v Maisonet,* 172 AD2d 274, *lv denied* 78 NY2d 969). In light of the lengthy criminal history of defendant, we conclude that his sentence is neither unduly harsh nor severe *(see,* CPL 470.15 [2] [c]). Finally, we reject the contention that juror misconduct deprived defendant of a fair trial *(see, People v Estrada,* 191 AD2d 286, *lv denied* 81 NY2d 1013). (Appeal from Judgment of Erie County Court, Drury, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.